UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**STANFORD KING,**

        **Plaintiff,**

**v.**                                                                   **Case No: 6:17-cv-1511-Orl-41GJK**

**GOLD COAST USA, INC., GERALD HIERBERT and RAY WARREN,**

        **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on the Joint Motion to Approve Settlement and Dismiss the Action with Prejudice ("Joint Motion," Doc. 25). United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation ("R&R," Doc. 26), in which he recommends that the Joint Motion be granted in part and denied in part.

After an independent *de novo* review of the record, and noting that the parties filed a Joint Notice of No Objection (Doc. 27), the Court agrees with the analysis in the R&R. Additionally, to the extent paragraph eight of the Settlement Agreement purports to allow the parties to amend the Agreement without Court approval, it is impermissible and will be stricken. (Settlement Agreement, Doc. 25-1, ¶ 8; *see also id.* ¶ 9 (severability provision)). Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 26) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Approve Settlement and Dismiss the Action with Prejudice (Doc. 25) is **GRANTED in part** and **DENIED in part**.

3. Insofar as the Joint Motion seeks for this Court to retain jurisdiction to enforce the Settlement Agreement, it is **DENIED**.

4. To the extent paragraph eight of the Settlement Agreement (Doc. 25-1) purports to allow the parties to amend the Agreement without Court approval, it is **STRICKEN**.

5. Except as set forth above, the Settlement Agreement (Doc. 25-1) is **APPROVED**.

6. This case is **DISMISSED with prejudice**.

7. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 16, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record